UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| JOSE MARTIN MENDOZA<br>SSN: xxx-xx-5681<br>Debtor | CASE NUMBER:   04-34649<br>CHAPTER 13 |

**NOTICE TO JOSE MARTIN MENDOZA THAT $228.61 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK**

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Jose Martin Mendoza, debtor herein, and deposits into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the debtor was discharged on March 25, 2011 and the case is in the process of closing.

2. That the last known address for Jose Martin Mendoza was:

   815 Broadway
   Plymouth, IN 46563

3. That the debtor did not cash the Trustee's disbursement check number 698231, dated July 30, 2011 in the amount of $228.61, and it has been voided.

4. That a previous check was sent to the debtor for this payment and was voided because it had expired.

5. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: September 20, 2011

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   September 20, 2011

By U.S. Mail postage prepaid
Debtor: Jose Mendoza, 815 Broadway, Plymouth, IN 46563

By electronic mail via CM/ECF:
Debtor's Attorney:  Mark E. Wagner
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King